| | |
|---|---|
| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | A. KATHLEEN TOMLINSON | DATE: | 4-19-2016 |
| | U.S. MAGISTRATE JUDGE | TIME: | 12:17 p.m. (2 minutes) |

*Rodriguez, et al v. Ridge Pizza Inc., et al.*
**CV 16-254 (DRH) (AKT)**

| | |
|---|---|
| TYPE OF CONFERENCE: | **TELEPHONE STATUS CONFERENCE** |

APPEARANCES:      Plaintiffs:   Steven J. Moser

Non-Answering Defendants:   Dennis D'Onofrio  – NO APPEARANCE
Velia D'Onofrio  – NO APPEARANCE
Ridge Pizza Inc.  – NO APPEARANCE

FTR:   12:17-12:19

THE FOLLOWING RULINGS WERE MADE:

On April 18, 2016, the Clerk of the Court entered the default of the defendants in this action. The purpose of today's conference was to discuss with plaintiffs' counsel a date for filing of the formal motion for entry of default judgment. Attorney Moser has represented to the Court that he will file the motion by June 10, 2016 at the latest.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge