Steven John Moser, Esq. (SM1133)
STEVEN J. MOSER, P.C.
3 School Street, Suite 207B
Glen Cove, New York 11542
(516) 671-1150 • F (516) 882-5420
smoser@moseremploymentlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FRANCISCO RODRIGUEZ, and ARISTIDES ALFREDO DILLATORO,

                Plaintiffs,

- *against* -

RIDGE PIZZA INC. d/b/a ALFREDO'S PIZZERIA, DENNIS D'ONOFRIO, and VELIA D'ONOFRIO,

                Defendants

**Case No.:** 16-cv-00254 (DRH)(AKT)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED between counsel for the respective parties in the above entitled action that the Certificate of Default issued by the Clerk of this Court (ECF No. 14) be vacated.

    IT IS FURTHER STIPULATED AND AGREED that the Defendants shall answer the complaint on or before May 16, 2016.

    IT IS FURTHER STIPULATED AND AGREED that the Defendants waive Jurisdictional Defenses.

    IT IS FURTHER STIPULATED AND AGREED that a facsimile copy of this Stipulation shall have the same binding effect as the original.

Dated: Glen Cove, New York
       April 27, 2016

| | |
|---|---|
| STEVEN J. MOSER, P.C.<br>*Attorneys for Plaintiffs* | WICKHAM BRESSLER & GEASA, P.C.<br>*Attorneys for Defendants* |
| By: Steven John Moser<br>3 School Street, Suite 207B<br>Glen Cove, New York 11542<br>(516) 671-1150 | By: Eric Bressler, Esq.<br>13015 Main Road, P.O. Box 1424<br>Mattituck, NY 11952<br>(631) 298-8353 |

SO ORDERED: