# STEVEN J. MOSER, P.C.

### WORKERS' RIGHTS ATTORNEYS

STEVEN J. MOSER, ESQ..

3 SCHOOL STREET, SUITE 207B
GLEN COVE, NEW YORK  11542

TEL (516) 671.1150
FAX (516) 882-5420

December 8, 2016

**VIA ECF**

Hon. Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

RE:   ***Rodriguez et al. v. Ridge Pizza et al. 16-cv-00254 (DRH)(AKT)***
         <u>Our File No. 15-0020</u>

Dear Judge Hurley:

I represent the Plaintiffs in the above captioned matter.   Please allow this letter to serve as the parties' joint status report.

At this point, the parties have not taken discovery, but have discussed the possibility of settlement.   The parties jointly request that an initial conference be scheduled before Magistrate Judge Tomlinson.

Respectfully Submitted,

/s/

Steven John Moser