UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FRANCISCO RODRIGUEZ, and
ARISTIDES ALFREDO DILLATORO,

                               Plaintiffs,                    **ORDER**

         -against-                                      CV 16-254 (DRH) (AKT)

RIDGE PIZZA INC. d/b/a ALFREDO'S
PIZZERIA, DENNIS D'ONOFRIO, and
VELIA D'ONOFRIO,
                               Defendants.
-------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Court has become aware that no Order was issued as a result of the proposed schedule submitted by the parties at DE 47. Therefore, the Court is entering the following Amended Scheduling Order.

**AMENDED CHEDULING ORDER**:

- Deadline for Plaintiffs' counsel to serve
  responses to Defendants' additional
  discovery demands:                                    March 18, 2019

- All depositions and fact discovery must
  be completed by:                                           May 31, 2019

- Any letter request for a pre-motion conference
  to Judge Hurley for purposes of making a
  summary judgment motion must be filed by:           June 17, 2019

- Proposed Joint Pre-Trial Order must be
  filed on ECF by:                                          September 3, 2019

- <u>Pre-Trial Conference will be held on</u>:                     September 12, 2019
                                                                               at 10:30 a.m.

      If the parties decide not to proceed with summary judgment motion practice, counsel must notify this Court in writing no later than May 31, 2019.

**SO ORDERED.**

Dated: Central Islip, New York
April 12, 2019

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
United States Magistrate Judge