MR. MOSER: Before we begin, I want to place a statement on the record with regard to the plaintiff, Francisco Rodriguez. We learned from a source recently that Mr. Rodriguez has been out of the country for some period of time and he is now in El Salvador and it's unclear whether he will be returning. I will be filing a motion to withdraw as counsel for Mr. Rodriguez by close of business tomorrow. And I'm assuming defense counsel can take whatever steps he needs to protect his clients.

D E N N I S   D ' O N O F R I O, the witness herein, having been first duly sworn by a Notary Public in and of the State of New York, was examined and testified as follows:

EXAMINATION BY

MR. MOSER:

Q   Would you please state your full