# EXHIBIT E

NO. ______ PAY PERIOD ENDING 10/26

NAME Alfreodo Villatoro 1

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 20MO | 10:06 | 10:09 | 12:03 | 12:03 | |
| 21TU | 10:22 | 10:17 | 11:55 | 23:58 | |
| 23TH | 10:04 | 10:04 | 12:00 | 35:58 | |
| 24FR | 10:02 | 10:06 | 12:04 | 40:00 | 8:02 |
| 25SA | 10:02 | 10:10 | 12:08 | 40:00 | 20:10 |
| 26SU | 10:42 | 10:06 | 11:24 | 40:00 | 31:34 |

40 x 9 360
31.34 13.5 423
783

ARISTIDES

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

AMANO

NO. ______ PAY PERIOD ENDING 11/2

NAME Alfreodo Viyatoro 1

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 27MO | 10:02 | 10:05 | 12:03 | 12:03 | |
| 28TU | 10:01 | 10:02 | 12:01 | 24:04 | |
| 30TH | 10:04 | 10:08 | 12:04 | 36:08 | |
| 31FR | 10:05 | 10:08 | 12:03 | 40:00 | 8:11 |
| 1SA | 10:02 | 10:02 | 12:00 | 40:00 | 20:11 |
| 2SU | 10:40 | 10:01 | 11:21 | 40:00 | 31:32 |

40x 9 360 WAGE
3x9 27 Break
28.32 x13.50 382 OT
770

ARISTIDES

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

038 AMANO

NO. ______ PAY PERIOD ENDING 11/9

NAME Alfreodo Viyatoro 1

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 3MO | 10:02 | 10:03 | 12:01 | 12:01 | |
| 4TU | 9:54 | 9:56 | 12:02 | 24:03 | |
| 6TH | 10:03 | 10:08 | 12:05 | 36:08 | |
| 7FR | 10:03 | 10:07 | 12:04 | 40:00 | 8:12 |
| 8SA | 9:56 | 10:07 | 12:11 | 40:00 | 20:23 |
| 9SU | 10:37 | 10:03 | 11:26 | 40:00 | 31:49 |

40x 9 360
3x 9 27
28.49 x13.50 385
772

ARISTIDES

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

036 AMANO

NO. ________ ENDING 11/16/14 1

NAME Alfreado Uiyatoro

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 10MO | 9:58 | 10:06 | 12:08 | 12:08 | |
| 11TU | 10:05 | 10:05 | 12:00 | 24:08 | |
| 13TH | 10:05 | 10:04 | 11:59 | 36:07 | |
| 14FR | 10:00 | 10:21 | 12:21 | 40:00 | 8:28 |
| 15SA | 10:00 | 10:02 | 12:02 | 40:00 | 20:30 |
| 16SU | 10:37 | 10:03 | 11:26 | 40:00 | 31:56 |

40 x 9 360
3x9 27
28.50 13.50 385
772

ARistides

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

AMANO

NO. ________ PAY PERIOD ENDING 11/23/14 1

NAME Alfreado Uiyatoro

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 17MO | 10:02 | 10:08 | 12:06 | 12:06 | |
| 18TU | 10:03 | 10:00 | 11:57 | 24:03 | |
| 20TH | 10:13 | 10:12 | 11:59 | 36:02 | |
| 21FR | 10:02 | 10:10 | 12:08 | 40:00 | 8:10 |
| 22SA | 10:16 | 10:09 | 11:53 | 40:00 | 20:03 |
| 23SU | 10:35 | 10:09 | 11:34 | 40:00 | 31:37 |

40x9 360
31.37 x 13.50 423
783

ARistides

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

AMANO

NO. ________ PAY PERIOD ENDING 11/30/14 1

NAME Alfreado Uiyatoso

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 24MO | 10:02 | 10:00 | 11:58 | 11:58 | |
| 25TU | 10:07 | 10:00 | 11:53 | 23:51 | |
| 28FR | 10:06 | 10:05 | 11:59 | 35:50 | |
| 29SA | 10:00 | 10:03 | 12:03 | 40:00 | 7:53 |
| 30SU | 10:42 | 10:04 | 11:22 | 40:00 | 19:15 |

40x9 360
19.15x13.50 258
618

ARistides

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

AMANO

NO. ______ PAY PERIOD ENDING 12/21/14 1

NAME Alfredo Uyotoro

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 16TU | 9:50 | 10:12 | 12:22 | 12:22 | |
| 17WE | 9:57 | 10:01 | 12:04 | 24:26 | |
| 18TH | 10:07 | 10:10 | 12:03 | 36:29 | |
| 19FR | 10:02 | 10:19 | 12:17 | 40:00 | 8:46 |
| 20SA | 10:11 | 10:05 | 11:54 | 40:00 | 20:40 |
| 21SU | 10:41 | 10:03 | 11:22 | 40:00 | 32:02 |

40 x 9 360
13.5 x 32 432
792

ARIS

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

AMANO 088

NO. ______ PAY PERIOD ENDING 12/14/14 1

NAME Alfredo Uyotoro

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 9TU | 9:56 | 10:06 | 12:10 | 12:10 | |
| 10WE | 10:06 | 10:15 | 12:09 | 24:19 | |
| 11TH | 10:02 | 10:07 | 12:05 | 36:24 | |
| 12FR | 9:26 | 10:09 | 12:43 | 40:00 | 9:07 |
| 13SA | 10:01 | 10:08 | 12:07 | 40:00 | 21:14 |
| 14SU | 8:57 | 10:01 | 13:04 | 40:00 | 34:18 |

40 x 9 360
34 x 13.50 459
820

X ARIS

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

AMANO 061

NO. ______ PAY PERIOD ENDING 12/7/14 1

NAME Alfredo Uyotoro

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 1MO | 10:01 | 10:04 | 12:03 | 12:03 | |
| 3WE | 10:02 | 10:04 | 12:02 | 24:05 | |
| 4TH | 10:07 | 10:12 | 12:05 | 36:10 | |
| 5FR | 9:55 | 10:23 | 12:28 | 40:00 | 8:3[illegible] |
| 6SA | 10:13 | 10:04 | 11:51 | 40:00 | 20:2[illegible] |
| 7SU | 10:43 | 10:08 | 11:25 | 40:00 | 31:5[illegible] |

9 x 40 360
31.54 x 13.50 425
785

X ARISTIDIS

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

AMANO 037

NO. ______ PAY PERIOD ENDING 1/11/15

NAME Alfreado Viyatoro **1**

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 6TU | 9:55 | 10:14 | 12:19 | 12:19 | |
| 7WE | 10:04 | 10:04 | 12:00 | 24:19 | |
| 8TH | 10:08 | 9:55 | 11:47 | 36:06 | |
| 9FR | 10:10 | 4:08 | 5:58 | 40:00 | 2:04 |
| 11SU | 10:37 | 10:01 | 11:24 | 40:00 | 13:28 |

40x9 360.

13.28x 13.50 179.28

$ 540.00

ARiS

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

AMANO

080

NO. ______ PAY PERIOD ENDING 1/4/15

NAME Alfreado Viyatoro **1**

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 30TU | 10:01 | 10:30 | 12:29 | 12:29 | |
| 31WE | 10:07 | 10:04 | 11:57 | 24:26 | |
| 1TH | 10:24 | 10:03 | 11:39 | 36:05 | |
| 2FR | 9:56 | 10:03 | 12:07 | 40:00 | 8:12 |
| 3SA | 10:05 | 10:00 | 11:55 | 40:00 | 20:07 |
| 4SU | 10:38 | 10:04 | 11:26 | 40:00 | 31:33 |

40x9 = 360

31.33 x 13.50 = 422.82

$782.82

XARiS

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

AMANO

050

NO. ______ PAY PERIOD ENDING 12/28/14

NAME Alfreado Viyatoro **1**

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 23TU | 10:08 | 10:25 | 12:17 | 12:17 | |
| 24WE | 7:55 | 7:38 | 11:43 | 24:00 | |
| 26FR | 10:04 | 10:04 | 12:00 | 36:00 | |
| 27SA | 10:02 | 10:02 | 12:00 | 40:00 | 8:0 |
| 28SU | 10:35 | 10:01 | 11:26 | 40:00 | 19:2 |

40x9 360

19.26 x 13.50 260

620

XARiS

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

AMANO

016

NO. ____ PAY PERIOD ENDING 1/18/15

NAME Alfredo Viyatoro 1

| DATE DAY | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 13TU | 10:05 | 10:01 | 11:56 | 11:56 | |
| 14WE | 9:52 | 10:02 | 12:10 | 24:06 | |
| 15TH | 9:52 | 10:00 | 12:08 | 36:14 | |
| 16FR | 9:53 | 10:06 | 12:13 | 40:00 | 8:27 |
| 17SA | 10:04 | 10:06 | 12:02 | 40:00 | 20:29 |
| 18SU | 10:37 | 10:02 | 11:25 | 40:00 | 31:54 |

9.00 x 40 360
13.50 x 31.50 425.
785

ARIS

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

AMANO

NO. ____ PAY PERIOD ENDING 1/25/15

NAME Alfredo Viyatoro 1

| DATE DAY | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 20TU | 10:01 | 10:15 | 12:14 | 12:14 | |
| 21WE | 9:53 | 10:05 | 12:12 | 24:26 | |
| 22TH | 10:04 | 10:08 | 12:04 | 36:30 | |
| 23FR | 9:55 | 10:07 | 12:12 | 40:00 | 8:42 |
| 24SA | 10:42 | 10:04 | 11:22 | 40:00 | 20:04 |
| 25SU | 10:36 | 10:02 | 11:26 | 40:00 | 31:30 |

40 x 9 360
31.30 x 13.50 422
782

ARIS

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

028

AMANO

NO. ____ PAY PERIOD ENDING 2/1/15

NAME Alfredo Viyatoro 1

| DATE DAY | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 28WE | 10:01 | 10:08 | 12:07 | 12:07 | |
| 29TH | 10:06 | 10:01 | 11:55 | 24:02 | |
| 30FR | 10:08 | 10:17 | 12:09 | 36:11 | |
| 31SA | 9:59 | 10:17 | 12:18 | 40:00 | 8:29 |
| 1SU | 10:05 | 10:03 | 11:58 | 40:00 | 20:27 |

40 x 9 360
20.27 13.50 273
433

ARIS

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

069

AMANO

NO. ______ ENDING [illegible]

NAME Alfreado Viyatoro **1**

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 11WE | 10:01 | 10:09 | 12:08 | 12:08 | |
| 12TH | 10:00 | 10:13 | 12:13 | 24:21 | |
| 13FR | 10:05 | 10:06 | 0:01 | 24:22 | |
| 13FR | 10:08 | 10:19 | 12:12 | 36:33 | 11 |
| 14SA | 10:02 | 10:05 | 12:03 | 40:00 | 8:36 |
| 15SU | 10:44 | 9:00 | 10:15 | | 10:15 |
| | | | | | 19.01 |

40X9=360

19.01X13.50 256

$ 616

13.50

629.50

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

NO. ______ PAY PERIOD ENDING 3/1/15

NAME Alfreado Viyatoro **1**

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 26TH | 10:06 | 10:14 | 12:08 | 12:08 | |
| 27FR | 9:58 | 10:29 | 12:31 | 24:39 | |
| 28SA | 10:08 | 10:13 | 12:05 | 36:44 | |
| 1SU | 10:30 | 10:11 | 11:41 | 40:00 | 8:25 |

40x9 360

8.25 x 13.50 111

471

Aristides

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

013 AMANO

NO. ______ PAY PERIOD ENDING 3/8/15

NAME Alfredo Viyatoro **1**

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 3TU | 10:17 | 10:05 | 11:48 | 11:48 | |
| 6FR | 10:09 | 10:18 | 12:09 | 23:57 | |
| 7SA | 10:08 | 10:19 | 12:11 | 36:08 | |
| 8SU | 11:03 | 10:09 | 11:06 | 40:00 | 7:14 |

40x9 360

7x13.50 95

455

Aristides

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200



NO. ______ PAY PERIOD ENDING 3/22/15 1

NAME Alfreado Uiyatoro

| DATE | DAY | SHIFT | IN | M | OUT | M | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|---|---|---|---|
| 17 | TU | | 9:50 | | 10:12 | | 12:22 | 12:22 | |
| 18 | WE | | 10:48 | | 11:38 | | 0:50 | 13:12 | |
| 18 | WE | | 11:39 | | 10:05 | | 11:16 | 23:38 | |
| 19 | TH | | 10:01 | | 10:18 | | 12:17 | 35:55 | |
| 20 | FR | | 9:50 | | 10:23 | | 12:33 | 40:00 | 8:28 |
| 21 | SA | | 10:07 | | 10:00 | | 12:00 | | 12 |
| | | | | | | | | 40 | 20.28 |

9.00 X 40 = 360

20.28 X 13.50 273

$ 633.00

Aristides

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

AMANO 020

NO. ______ PAY PERIOD ENDING 3/29 1

NAME Alfredo Villatoro

| DATE | DAY | SHIFT | IN | M | OUT | M | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|---|---|---|---|
| 25 | WE | | 10:17 | | 10:30 | | 12:13 | 12:13 | |
| 26 | TH | | 10:11 | | 10:26 | | 12:15 | 12:15 | |
| 27 | FR | | 10:10 | | 10:22 | | 12:12 | 24:27 | |
| 28 | SA | | 10:02 | | 10:10 | | 12:08 | 36:35 | |
| | | | | | | | | 12:13 | |
| | | | | | | | | 48.50 | |

40 x 9 360

8.50 x 13 115

475

Aristides

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

AMANO 082

NO. ______ PAY PERIOD ENDING 4/5/15 1

NAME Alfreado Uiyatere

| DATE | DAY | SHIFT | IN | M | OUT | M | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|---|---|---|---|
| 31 | TU | | 10:04 | | 10:13 | | 12:09 | 12:09 | |
| 1 | WE | | 10:09 | | 12:06 | | 1:57 | 14:06 | |
| | | | | | | | | 127 | |

Aristi

#A11 TIME SYSTEMS INTERNATIONAL, Englewood, NJ — (201) 871-1200

AMANO 096