# EXHIBIT F

**Paco Rodriguez**

| B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | Days Worked | Original Straight | Original Overtime | Original Paid Straight ($8 rate) | Original Paid Overtime ($12 rate) | Orignal Paid Total | Adjusted Straight | Adjusted Overtime | Adjusted Paid Straight | Adjusted Paid Overtime | Adjusted total | Adj. Straight - Lunch as Straight | Adj. Overtime - Lunch as Straight | Adj. Lunch as Straight, Paid Straight (40+) | Adj. Lunch as Straight, Paid Overtime | Paying Lunch as Straight, Paid Total |
| 26-Oct | 6 | 40 | 43.3 | $320 | 519.6 | 839.6 | 40 | 43.5 | 320 | 522 | 842 | 46 | 37.5 | 368 | 450 | 818 |
| 2-Nov | 6 | 40 | 31 | $320 | $376 | $696 | 40 | 31.57 | 320 | 378.84 | 698.84 | 46 | 25.57 | 368 | 306.84 | 674.84 |
| 9-Nov | 6 | 40 | 31.48 | $320 | 378 | $698 | 40 | 31.8 | 320 | 381.6 | 701.6 | 46 | 25.8 | 368 | 309.6 | 677.6 |
| 16-Nov | 6 | 40 | 31.32 | 320 | 376 | 696 | 40 | 31.53 | 320 | 378.36 | 698.36 | 46 | 25.53 | 368 | 306.36 | 674.36 |
| 23-Nov | 6 | 40 | 31.36 | 320 | 376 | 696 | 40 | 31.6 | 320 | 379.2 | 699.2 | 46 | 25.6 | 368 | 307.2 | 675.2 |
| 30-Nov | 6 | 40 | 19.25 | 320 | 231 | 551 | 40 | 19.42 | 320 | 233.04 | 553.04 | 46 | 13.42 | 368 | 161.04 | 529.04 |
| 7-Dec | 6 | 40 | 32.01 | 320 | 384 | 704 | 40 | 32.02 | 320 | 384.24 | 704.24 | 46 | 26.02 | 368 | 312.24 | 680.24 |
| 14-Dec | 6 | 40 | 34.02 | 320 | 408 | 728 | 40 | 34.03 | 320 | 408.36 | 728.36 | 46 | 28.03 | 368 | 336.36 | 704.36 |
| 21-Dec | 6 | 40 | 31.35 | 320 | 376 | 696 | 40 | 31.58 | 320 | 378.96 | 698.96 | 46 | 25.58 | 368 | 306.96 | 674.96 |
| 28-Dec | 6 | 40 | 31.25 | 320 | 375 | 695 | 40 | 31.42 | 320 | 377.04 | 697.04 | 46 | 25.42 | 368 | 305.04 | 673.04 |
| 4-Jan | 6 | 40 | 31.00 | 350 | 407 | 757 | 40 | 31 | 350 | 412.3 | 762.3 | 46 | 25 | 402.5 | 332.5 | 735 |
| 11-Jan | 5 | 40 | 19.02 | 350 | 250 | 600 | 40 | 19.03 | 350 | 253.099 | 603.099 | 45 | 14.03 | 393.75 | 186.599 | 580.349 |
| 18-Jan | 6 | 40 | 32.02 | 350 | 420 | 770 | 40 | 32.03 | 350 | 425.999 | 775.999 | 46 | 26.03 | 402.5 | 346.199 | 748.699 |
| 25-Jan | 6 | 40 | 31.13 | 350 | 409 | 759 | 40 | 31.22 | 350 | 415.226 | 765.226 | 46 | 25.22 | 402.5 | 335.426 | 737.926 |
| 1-Feb | 6 | 40 | 28.04 | 350 | 368 | 718 | 40 | 28.07 | 350 | 373.331 | 723.331 | 46 | 22.07 | 402.5 | 293.531 | 696.031 |
| 8-Feb | 6 | 40 | 30.51 | 350 | 401 | 751 | 40 | 30.85 | 350 | 410.305 | 760.305 | 46 | 24.85 | 402.5 | 330.505 | 733.005 |
| 15-Feb | 6 | 40 | 31.53 | 350 | 414 | 764 | 40 | 31.88 | 350 | 424.004 | 774.004 | 46 | 25.88 | 402.5 | 344.204 | 746.704 |
| 22-Feb | 6 | 40 | 30.50 | 350 | 406 | 750 | 40 | 30.83 | 350 | 410.039 | 760.039 | 46 | 24.83 | 402.5 | 330.239 | 732.739 |
| 1-Mar | 6 | 40 | 32.23 | 350 | 423 | 773 | 40 | 32.38 | 350 | 430.654 | 780.654 | 46 | 26.38 | 402.5 | 350.854 | 753.354 |
| 8-Mar | 6 | 40 | 31.15 | 350 | 409 | 759 | 40 | 31.25 | 350 | 415.625 | 765.625 | 46 | 25.25 | 402.5 | 335.825 | 738.325 |
| 15-Mar | 6 | 40 | 32.3 | 350 | 424 | 774 | 40 | 32.05 | 350 | 426.265 | 776.265 | 46 | 26.05 | 402.5 | 346.465 | 748.965 |
| TOTAL | | | | | | 15174.6 | | | | | 15268.487 | | | | | 14732.737 |

*rate changed week of Jan 4 to 8.75 & 13.3

**Alfredo Villatoro**

| B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | Days Worked | Original Hours | Original Overtime | Original Paid Hours ($9) | Original Paid Overtime ($13.50 rate) | Orignal Paid Total | Adj Hours | Adj. Overtime | Adj. Paid Hours | Adjusted Paid Overtime | Adjusted total | Adj. Straight - Lunch as Straight | Adj. Overtime - Lunch as Straight | paying lunch as hourly straight hours (45) | paying lunch as hourly overtime | Paying lunch as hourly total |
| 26-Oct | 6 | 40 | 31.34 | 360 | 423 | 783 | 40 | 31.57 | 360 | 426.20 | 786.20 | 46 | 25.57 | 414 | 345.20 | 759.20 |
| 2-Nov | 6 | 43 | 28.32 | 387 | 382 | 770 | 43 | 28.53 | 387 | 385.16 | 772.16 | 43 | 25.53 | 414 | 344.66 | 758.66 |
| 9-Nov | 6 | 43.00 | 28.49 | 387 | 385 | 772 | 43 | 28.82 | 387 | 389.07 | 776.07 | 43 | 25.82 | 414 | 348.57 | 762.57 |
| 16-Nov | 6 | 43.00 | 28.56 | 387 | 385 | 772 | 40 | 28.93 | 387 | 390.56 | 777.56 | 43 | 25.93 | 387 | 350.06 | 737.06 |
| 23-Nov | 6 | 40.00 | 31.37 | 360 | 423 | 783 | 40 | 31.62 | 360 | 426.87 | 786.87 | 46 | 25.62 | 414 | 345.87 | 759.87 |
| 30-Nov | 5 | 40.00 | 19.15 | 360 | 258 | 618 | 40 | 19.25 | 360 | 259.88 | 619.88 | 45 | 14.25 | 414 | 178.88 | 592.88 |
| 7-Dec | 6 | 40.00 | 31.54 | 360 | 425 | 785 | 40 | 31.9 | 360 | 430.65 | 790.65 | 46 | 25.90 | 414 | 349.65 | 763.65 |
| 14-Dec | 6 | 40.00 | 34.18 | 360 | 459 | 820 | 40 | 34.3 | 360 | 463.05 | 823.05 | 46 | 28.30 | 414 | 382.05 | 796.05 |
| 21-Dec | 6 | 40.00 | 32.02 | 360 | 432 | 792 | 40 | 32.03 | 360 | 432.41 | 792.41 | 46 | 26.03 | 414 | 351.41 | 765.41 |
| 28-Dec | 6 | 40.00 | 19.26 | 360 | 260 | 620 | 40 | 19.43 | 360 | 262.31 | 622.31 | 46 | 13.43 | 414 | 181.31 | 595.31 |
| 4-Jan | 6 | 40.00 | 31.33 | 360 | 422.82 | 782.82 | 40 | 31.55 | 360 | 425.93 | 785.93 | 46 | 25.55 | 414 | 344.93 | 758.93 |
| 11-Jan | 6 | 40.00 | 13.28 | 360 | 179.28 | 540 | 40 | 13.47 | 360 | 181.85 | 541.85 | 46 | 7.47 | 414 | 100.85 | 514.85 |
| 18-Jan | 6 | 40.00 | 31.54 | 360 | 425 | 785 | 40 | 31.9 | 360 | 430.65 | 790.65 | 46 | 25.90 | 414 | 349.65 | 763.65 |
| 25-Jan | 6 | 40.00 | 31.3 | 360 | 422 | 782 | 40 | 31.05 | 360 | 419.18 | 779.18 | 46 | 25.05 | 414 | 338.18 | 752.18 |
| 1-Feb | 6 | 40.00 | 20.27 | 360 | 273 | 633 | 40 | 20.45 | 360 | 276.08 | 636.08 | 46 | 14.45 | 414 | 195.08 | 609.08 |
| 15-Feb | 6 | 40.00 | 19.01 | 360 | 256 | 629.5 | 40 | 19.02 | 360 | 256.77 | 616.77 | 46 | 13.02 | 414 | 175.77 | 589.77 |
| 1-Mar | 6 | 40 | 8.25 | 360 | 111 | 471 | 40 | 8.42 | 360 | 113.67 | 473.67 | 46 | 2.42 | 414 | 32.67 | 446.67 |
| 8-Mar | 4 | 40 | 7.14 | 360 | 93 | 453 | 40 | 7.23 | 360 | 97.605 | 457.605 | 46 | 1.23 | 414 | 16.605 | 430.61 |
| 22-Mar | 6 | 40 | 20.28 | 360 | 273 | 633 | 40 | 20.27 | 360 | 273.645 | 633.645 | 46 | 14.27 | 414 | 192.65 | 606.65 |
| 29-Mar | 4 | 40 | 8.5 | 360 | 115 | 475 | 40 | 8.08 | 360 | 109.08 | 469.08 | 46 | 4.08 | 414 | 28.08 | 442.08 |
| 5-Apr | 2 | 14.06 | 0 | 127 | 0 | 127 | 14.1 | 0 | 127 | 0 | 127 | 14.1 | NA | 127 | 0 | 127 |
| TOTAL | | | | | | 13826.32 | | | | | 13858.57 | | | | | |