# EXHIBIT 3

Exhibit 3 - Villatoro Motion for Summary Judgment

| Week Ending | Amount Underpaid | OVERTIME | SPREAD OF HOURS | TOTAL |
|---|---|---|---|---|
| 10/26/2014 | 51.19 | $ 3.19 | $ 48.00 | $ 51.19 |
| 11/2/2014 | 63.66 | 15.66 | 48.00 | 63.66 |
| 11/9/2014 | 65.57 | 17.57 | 48.00 | 65.57 |
| 11/16/2014 | 67.06 | 19.06 | 48.00 | 67.06 |
| 11/23/2014 | 51.87 | 3.87 | 48.00 | 51.87 |
| 11/30/2014 | 41.88 | 1.88 | 40.00 | 41.88 |
| 12/7/2014 | 53.65 | 5.65 | 48.00 | 53.65 |
| 12/14/2014 | 51.05 | 3.05 | 48.00 | 51.05 |
| 12/21/2014 | 48.41 | 0.40 | 48.00 | 48.41 |
| 12/28/2014 | 42.31 | 2.31 | 40.00 | 42.31 |
| 1/4/2015 | 55.60 | 3.10 | 52.50 | 55.60 |
| 1/11/2015 | 36.85 | 1.85 | 35.00 | 36.85 |
| 1/18/2015 | 58.15 | 5.65 | 52.50 | 58.15 |
| 1/25/2015 | 49.68 | - | 49.68 | 49.68 |
| 2/1/2015 | 46.83 | 3.08 | 43.75 | 46.83 |
| 2/15/2015 | 39.77 | - | 39.77 | 39.77 |
| 3/1/2015 | 37.67 | 2.67 | 35.00 | 37.67 |
| 3/8/2015 | 39.61 | 4.61 | 35.00 | 39.61 |
| 3/22/2015 | 44.40 | 0.64 | 43.75 | 44.40 |
| 3/28/2015 | 29.08 | - | 29.08 | 29.08 |
| 4/5/2015 | 8.65 | - | 8.65 | 8.65 |
| TOTAL | $ 982.90 | $ 94.23 | $ 888.68 | $ 982.90 |