# EXHIBIT 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X

FRANCISCO RODRIGUEZ, and ARISTIDES
ALFREDO DILLATORO,

                     Plaintiffs,


        -against-              Case No.
                                  16-cv-00254

RIDGE RESTAURANT, INC. D/B/A ALFREDO'S
PIZZERIA, DENNIS D'ONOFRIO, and PHILIP
D'ONOFRIO,

                     Defendants.

---------------------------------------X


                     September 16, 2019
                     1:31 p.m.

                     193 Griffing Avenue
                     Riverhead, New York


            EXAMINATION BEFORE TRIAL of PHILIP

D'ONOFRIO, one of the Defendants herein, taken

by the Plaintiffs, pursuant to Article 31 of the

Civil Practice Law and Rules of Testimony, and

Court Order, held at the above-mentioned time

and place, before Donna L. Ritzmann, a Notary

Public of the State of New York.

1

2   A P P E A R A N C E S:

3

4        MOSER LAW FIRM, P.C.
                Attorney for Plaintiffs
5               Three School Street - Suite 207B
                Glen Cove, New York  11542
6
        BY:  STEVEN J. MOSER, ESQ.
7

8
        WICKHAM, BRESSLER & GEASA, P.C.
9               Attorneys for Defendants
                13015 Main Road - P.O. Box 1424
10              Mattituck, New York  11952

11       BY:  ERIC J. BRESSLER, ESQ.

12
   ALSO PRESENT:
13

14       DENNIS D'ONOFRIO

15

16

17

18

19

20

21

22

23

24

25

1

2

3                    FEDERAL STIPULATIONS

4

5        IT IS HEREBY STIPULATED AND AGREED by

6    and between the parties hereto, through their

7    respective counsel, that the certification,

8    sealing and filing of the within examination

9    will be and the same are hereby waived;

10        IT IS FURTHER STIPULATED AND AGREED

11   that all objections, except as to the form of

12   the question, will be reserved to the time of

13   the trial;

14        IT IS FURTHER STIPULATED AND AGREED that

15   the within examination may be signed before any

16   Notary Public with the same force and effect as

17   if signed and sworn to before this Court.

18

19

20

21

22

23

24

25

```
 1                    P. D'Onofrio
 2   P H I L I P     D ' O N O F R I O, the witness
 3           herein, having been first duly sworn by a
 4           Notary Public in and of the State of New
 5           York, was examined and testified as
 6           follows:
 7   EXAMINATION BY
 8   MR. MOSER:
 9        Q      Would you please state your full
10   name for the record.
11        A      Philip D'Onofrio.
12        Q      Where do you reside?
13        A      65 Sweet Gum Lane, Miller Place,
14   New York 11764.
15                    MR. MOSER:  Good afternoon.
16                    THE WITNESS:  Good
17           afternoon.
18                    MR. MOSER:  My name is
19           Steven Moser.
20        Q      Were you here for the testimony of
21   your brother?
22        A      Yes.
23        Q      Do you believe that his testimony
24   was truthful and accurate?
25        A      Yes.
```

```
 1                    P. D'Onofrio

 2        Q       Is there any reason why you cannot

 3   testify truthfully and accurately today?

 4        A       No.

 5        Q       During the time period that

 6   Mr. Villatoro worked for --

 7                    MR. BRESSLER:  The

 8                    pizzeria.

 9        Q       -- the pizzeria, what was your

10   position with the pizzeria?

11        A       Manager.

12        Q       How did you get that position?

13        A       We can say I was qualified.

14        Q       Okay.  Who hired you?

15        A       My brother.

16        Q       When did he hire you?

17        A       2001.

18        Q       Are you still working at that

19   pizzeria today?

20        A       No.

21        Q       When did you stop working at that

22   pizzeria?

23        A       About three years ago.

24        Q       Why did you stop working at that

25   pizzeria?
```

1                     P. D'Onofrio

2         A       We just -- I just went different

3    ways.

4         Q       You resigned?

5         A       Yeah.

6         Q       During the time period that

7    Mr. Villatoro worked at the pizzeria, how many

8    managers were there?

9         A       Normally two.

10        Q       Who were those two managers?

11        A       I do not remember who the manager

12   was back in 2014 with me.

13        Q       Is it fair to say that you were

14   one of the managers of the pizzeria during the

15   entire time that Mr. Villatoro worked there?

16        A       Yes.

17        Q       Can you describe Mr. Villatoro as

18   an employee?

19        A       How do I describe him as an

20   employee?

21        Q       Yes.

22        A       He was a very typical prep worker,

23   dishwasher, you know, they come in, do their

24   work, go home.

25        Q       Does anything stand out about his

```
 1                    P. D'Onofrio

 2    employment?  Other than this lawsuit, right, do

 3    you remember --

 4                        MR. BRESSLER:  Are you

 5              talking about his performance?

 6                        MR. MOSER:  Yes.

 7                        MR. BRESSLER:  What are we

 8              talking about?

 9                        MR. MOSER:  Yeah, we're

10              talking about his performance.

11        A      No, he was an average employee,

12    you know, hard-working guy.

13        Q      When did he stop working there?

14        A      I don't remember the exact.

15        Q      Why did he stop working there?

16        A      I have no idea.

17        Q      Do you know whether he was fired?

18        A      No. If he was fired, it would have

19    been by me or by my brother at the time.  And I

20    definitely did not fire him.

21        Q      Okay.  Now, did you have the alarm

22    code?

23        A      Yeah.

24        Q      How many days per week were you

25    opening the restaurant between October of 2014
```

Page 8

```
 1                    P. D'Onofrio
 2    through April of 2015?
 3         A       Anywhere between four and six
 4    days.
 5         Q       Where do you live?
 6         A       Miller Place.
 7         Q       How close was Miller Place to the
 8    pizzeria?
 9         A       Six minutes.
10         Q       What time would you typically
11    leave your house to get to the pizzeria?
12         A       About 9:00 o'clock.
13         Q       And what time would you typically
14    arrive at the pizzeria?
15         A       Before 9:30 'cause I would usually
16    stop for coffee.
17         Q       When you arrived at the pizzeria,
18    would you disengage the alarm?
19         A       Mm-hmm.
20                    MR. BRESSLER:  Say yes.
21         A       Yes.
22         Q       By putting in your code?
23         A       Yes.
24         Q       Did you have any responsibilities
25    in the morning that would have prevented you
```

```
 1                    P. D'Onofrio
 2   from being at work by 9:30?
 3                    MR. BRESSLER:  You mean
 4             ever?
 5        A     What do you mean by that?
 6        Q     Well, was there anything -- did
 7   you have kids that you had to bring anywhere,
 8   were there any family responsibilities --
 9        A     There were --
10        Q     -- were there any work
11   responsibilities?
12        A     On a typical day-to-day basis, no,
13   I mean were there days that, you know, I had to
14   run a little bit late, yeah.
15        Q     How many times would you run a
16   little bit late?
17        A     Seldom.
18        Q     How many times did you arrive
19   after 10:00 o'clock a.m.?
20        A     Very seldom.
21        Q     Can you approximate for me between
22   September of 2014 and April of 2015 how many
23   days you arrived after 10:00 o'clock a.m.?
24        A     Maybe twice.
25        Q     Okay.  Do you recall how late you
```

```
 1                    P. D'Onofrio
 2    were on those particular days?
 3         A      No.
 4         Q      Could it have been a half an hour?
 5         A      Yeah.
 6         Q      Okay.  And when you arrived at the
 7    restaurant those days, was Mr. Villatoro
 8    waiting?
 9         A      No, I was always there before
10    anybody.
11         Q      Okay.  Even if you were late you
12    were there before anybody --
13         A      Before everybody.
14         Q      -- is that fair to say?
15         A      Yes.
16         Q      So on the two days that you were
17    late, how many employees were working at the
18    restaurant?
19                    MR. BRESSLER:  Object to
20                the form.  He didn't testify he
21                was there two days late, he said
22                maybe.
23         A      Maybe.
24         Q      On the two days that you were
25    maybe late, how many employees were working at
```

```
1                    P. D'Onofrio
2   the restaurant?
3        A     I don't know.
4        Q     Was it more than --
5        A     Depends on the day.  What day of
6   the week it was, beginning of the week, end of
7   the week.
8        Q     Was it at least two?
9        A     Absolutely.  Yeah.
10       Q     Was it at least three?
11       A     Yes.
12       Q     What was the minimum number of
13  employees that were working at that
14  restaurant --
15                    MR. MOSER:  Withdrawn.
16       Q     What was the minimum number of
17  employees that were working at that pizzeria on
18  any day between --
19                    MR. BRESSLER:  During the
20                    relevant period as you defined it
21                    in the prior exam.
22                    MR. MOSER:  He doesn't
23                    remember the relevant period.
24                    MR. BRESSLER:  Yes, he
25                    does.
```

```
 1                    P. D'Onofrio
 2                    Do you know what period he
 3              is talking about?
 4                    THE WITNESS:  Yes.
 5                    MR. BRESSLER:  While
 6              Villatoro was working there.
 7                    THE WITNESS:  Yes.  Yes.
 8                    MR. BRESSLER:  All right.
 9                    MR. MOSER:  Thank you.
10       A      Minimum three, four.
11       Q      Your testimony is that on the two
12  days that you were maybe late that all of the
13  employees were later than you were; is that fair
14  to say?
15       A      They're not late, I'm always there
16  before everybody.  They're responsible to be
17  there at 10:00 a.m., but I was always there
18  before them.
19       Q      Okay.
20       A      (Continuing) So making them late
21  would be after 10:00 o'clock.
22       Q      So I asked you earlier did you
23  ever get there after 10:00 you said maybe two
24  times?
25       A      Right.
```

Page 13

1                      P. D'Onofrio

2        Q      Do you remember saying that?

3        A      But that wouldn't mean that nobody

4   else was there, if I couldn't be there for 10:00

5   o'clock, I made sure somebody else was there.

6        Q      Who would you make sure was there?

7        A      Whether it would be my brother,

8   another manager at the time.

9        Q      So the alarm records, if we get

10  them, are going to show that the restaurant was

11  always open by 10:00; is that fair to say?

12       A      Absolutely.

13       Q      What time were employees expected

14  to work until?

15       A      Depending on their shift.

16       Q      What time was Mr. Villatoro

17  expected to work until?

18       A      10:00 p.m.

19       Q      Were you always at the restaurant

20  when you were the manager?

21       A      Yes.

22       Q      How many days per week were you

23  the manager for this particular period of time?

24       A      I think we discussed this already.

25  Anywhere between four and five days.

1                    P. D'Onofrio

2         Q      Okay.  And did you have any

3    conversations with Mr. Villatoro about the meals

4    or the breaks?

5         A      Not that I remember.

6         Q      Did you see employees taking

7    breaks?

8         A      Absolutely.

9         Q      Did you ever track their breaks?

10        A      No, but I have covered breaks for

11   them, you know, if somebody needed to go out or

12   whatnot, so.

13        Q      Okay.  Did you ever track their

14   breaks in writing?

15        A      No.

16        Q      Did you have any personal

17   knowledge as to whether employees were taking

18   half hour lunches?

19        A      Yeah.

20        Q      Do you have any personal knowledge

21   as to whether Mr. Villatoro was taking a half

22   hour lunch?

23        A      Yes.

24        Q      What's that personal knowledge?

25        A      Just me being a manager and

Page 15

1                       P. D'Onofrio

2    overseeing my employees and knowing that my

3    kitchen staff all made it through their breaks.

4          Q      Did you ever take note of any day

5    in particular on which --

6                       MR. MOSER:  Withdrawn.

7          Q      Do you remember any specific day

8    in which Mr. Villatoro took a half hour lunch?

9          A      Do I know any specific day that he

10   did?

11         Q      Yes.

12         A      Everyday that he worked.

13         Q      Okay.  What time did he begin

14   taking his lunch?

15         A      It would probably -- it would be

16   anywhere between 1:00 o'clock and 4:00 o'clock.

17         Q      Can you recall the specific time

18   that he took lunch on any specific day?

19         A      No.

20         Q      Can you recall the specific time

21   when he returned from lunch on any specific day?

22         A      No.

23         Q      As the manager, typically what did

24   you do?

25         A      I oversee -- I oversaw operations,

Page 16

```
 1                    P. D'Onofrio
 2   customer relations, customer problems,
 3   employees.
 4        Q      Who is responsible for the money
 5   in the register?
 6        A      Me.
 7        Q      Was anyone authorized to use the
 8   register besides you?
 9        A      Other than another manager,
10   cashiers use the register.
11        Q      Okay.  Who were the cashiers
12   during the time that Mr. Villatoro worked there?
13        A      I have no idea.
14        Q      What percentage of your time did
15   you spend close to the register?
16                    MR. BRESSLER:  Object to
17                the form.  What do you mean,
18                "Close to the register," how
19                close?
20        A      Like in the front as opposed to
21   the kitchen?
22        Q      Yeah.  Yeah.
23        A      I would say it was probably a
24   50/50 mix.  I mean my job was to bounce from the
25   kitchen to the front, to the kitchen to the
```

```
 1                  P. D'Onofrio

 2    front.

 3         Q      So you would spend 50 percent of

 4    your time in the front of the house so to speak

 5    and 50 percent of the time in the back of the

 6    house --

 7         A      Right.

 8         Q      -- is that fair to say?

 9         A      Yeah.

10         Q      Who supervised Mr. Villatoro on a

11    daily basis?

12         A      While I was there, me, if my

13    brother was there, he would supercede me.

14         Q      Who determined Mr. Villatoro's

15    performance while he was working at the

16    pizzeria?

17                     MR. BRESSLER:  Objection to

18                the form.  I don't understand the

19                question.

20         Q      Who evaluated his performance

21    while he was working at the pizzeria?

22         A      Who evaluated his performance?  I

23    mean I don't really know the -- I guess my

24    input, you know, if he was a bad employee, I

25    would report to my brother and say, you know,
```

Page 18

```
 1                      P. D'Onofrio
 2    this guy's not performing, if he was performing
 3    as usual, it wasn't even a discussion.
 4         Q      Okay.  Had you had employees at
 5    the pizzeria who you told your brother were not
 6    performing up to standards?
 7         A      Yes.
 8         Q      What happened with those
 9    employees?
10         A      He would either talk with them or
11    I would talk with them and try to straighten it
12    out, try to bring them back to in line.
13         Q      And if it didn't work out?
14         A      You know, we'd go our separate
15    ways.
16         Q      They would be fired?
17         A      Yes.
18         Q      Would you do the firing?
19         A      No.
20         Q      Did you have an ownership interest
21    in the pizzeria at the time of Mr. Villatoro's
22    employment?
23         A      No.
24         Q      At any time did you have an
25    ownership interest in the pizzeria?
```

1                    P. D'Onofrio

2        A      No.

3        Q      After Mr. Villatoro stopped

4   working at the restaurant, did you speak with

5   him again?

6        A      No.

7        Q      Have you ever had any

8   conversations with any employees of the

9   restaurant or of the pizzeria about this case?

10       A      No.

11       Q      Do you have an opinion as to

12  whether or not Mr. Villatoro is credible or not?

13                    MR. BRESSLER:   Objection.

14               He's a fact witness.

15       A      Ah --

16                    MR. BRESSLER:   No, don't

17               give your opinion as to

18               credibility, please, Mr. Moser.

19       A      You know what they say about

20  opinions.

21       Q      Do you have an opinion as to

22  whether he is credible or not?

23       A      No, I don't have an opinion.

24       Q      Okay.  Do you have an opinion as

25  to whether your brother is credible or not?

Page 20

```
 1                    P. D'Onofrio

 2       A       Yes.

 3       Q       Do you believe that your brother

 4  is credible?

 5       A       Yes.

 6       Q       Other than disengaging the alarm,

 7  was there anything that you had to do upon

 8  arrival at the pizzeria as a manager?

 9       A       My normal routine would be to

10  disengage the alarm, come in, turn certain ovens

11  on, um, put bank in the drawer.

12       Q       Does the cash register show when

13  you put the bank in the drawer?

14       A       No.

15                    MR. MOSER:  I have no

16                    further questions.  Thank you.

17                    MR. BRESSLER:  Nothing

18                    further.

19                    MR. MOSER:  I'm going to

20                    separately just file, unless you

21                    want to stay, I'm just gonna

22                    separately file a letter motion

23                    asking for discovery of the

24                    percentage ownership and the names

25                    of the shareholders, I think that
```

```
 1                    P. D'Onofrio
 2              might be a better way of resolving
 3              it.
 4                    MR. BRESSLER:  Under the
 5              circumstances, I think so.  But I
 6              don't think it's relevant at all
 7              at this point.
 8                    MR. MOSER:  Okay.
 9                    MR. BRESSLER:  I think you
10              got your other answers.  And I
11              don't think there's any basis for
12              it at this point.
13                    MR. MOSER:  Okay.  Thank
14              you.
15                    MR. BRESSLER:  Okay?
16                    MR. MOSER:  Okay.
17                    MR. BRESSLER:  Thank you.
18                    (TIME NOTED:  1:47 p.m.)
19
20
21
22
23
24
25
```

Page 22

```
 1
 2                    A C K N O W L E D G M E N T
 3
 4   STATE OF NEW YORK   )
 5                            :ss
 6   COUNTY OF            )
 7
 8        I, PHILIP D'ONOFRIO, hereby certify that
 9   I have read the transcript of my testimony taken
10   under oath in my deposition of September 16,
11   2019; that the transcript is a true and complete
12   record of my testimony, and that the answers on
13   the record as given by me are true and correct.
14
15              _____
16                     PHILIP D'ONOFRIO
17
18   Signed and subscribed to before me this
19   _____ day of _____, 2019.
20
21   _____
22   Notary Public, State of New York
23
24
25
```

Page 23

1
2                    INDEX TO TESTIMONY
3
   WITNESS               EXAMINATION BY          PAGE
4
   P. D'Onofrio          Mr. Moser                    4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 24

1

2          ERRATA SHEET FOR THE TRANSCRIPT OF:
    Case Name: Francisco Rodriguez and Aristides
3   Alfredo Dillatoro V. Ridge Restaurant, Inc.
    D/b/a Alfredo's Pizzeria, et al
4   Deposition Date: September 16, 2019
    Deponent: PHILIP D'ONOFRIO
5   Place: 193 Griffing Avenue, Riverhead, NY

6                    CORRECTIONS

7   PG    LN    NOW READS        SHOULD READ   REASON FOR
    ___   ___   _____      _____   _____
8
    ___   ___   _____      _____   _____
9
    ___   ___   _____      _____   _____
10
    ___   ___   _____      _____   _____
11
    ___   ___   _____      _____   _____
12
    ___   ___   _____      _____   _____
13
    ___   ___   _____      _____   _____
14
    ___   ___   _____      _____   _____
15
    ___   ___   _____      _____   _____
16
    ___   ___   _____      _____   _____
17
    ___   ___   _____      _____   _____
18
    ___   ___   _____      _____   _____
19
    ___   ___   _____      _____   _____
20

21
    _____         _____
22  Date            Signature

23  Subscribed and sworn to before me
    this      day of            2019.
24
    _____
25          (NOTARY PUBLIC)

Page 25

1

2                    C E R T I F I C A T E

3

4            I, DONNA L. RITZMANN, a Notary Public in

5     and for the State of New York, do hereby

6     certify:

7            THAT the witness(es) whose testimony is

8     hereinbefore set forth, was duly sworn by me;

9     and

10           THAT the within transcript is a true

11    record of the testimony given by said

12    witness(es).

13           I further certify that I am not related,

14    either by blood or marriage, to any of the

15    parties in this action; and

16           THAT I am in no way interested in the

17    outcome of this matter.

18           IN WITNESS WHEREOF, I have hereunto set

19    my hand this 24th day of September, 2019.

20

21

22           _____
                   DONNA L. RITZMANN
23

24

25

**A**

**a.m** 9:19,23 12:17
**above-mentioned** 1:21
**Absolutely** 11:9 13:12 14:8
**accurate** 4:24
**accurately** 5:3
**action** 25:15
**afternoon** 4:15,17
**against-** 1:7
**ago** 5:23
**AGREED** 3:5,10 3:14
**Ah** 19:15
**al** 24:3
**alarm** 7:21 8:18 13:9 20:6,10
**Alfredo** 1:4 24:3
**Alfredo's** 1:8 24:3
**answers** 21:10 22:12
**anybody** 10:10,12
**approximate** 9:21
**April** 8:2 9:22
**Aristides** 1:4 24:2
**arrival** 20:8
**arrive** 8:14 9:18
**arrived** 8:17 9:23 10:6
**Article** 1:19
**asked** 12:22
**asking** 20:23
**Attorney** 2:4
**Attorneys** 2:9
**authorized** 16:7
**Avenue** 1:14 24:5
**average** 7:11

**B**

**back** 6:12 17:5 18:12
**bad** 17:24
**bank** 20:11,13
**basis** 9:12 17:11 21:11
**beginning** 11:6
**believe** 4:23 20:3
**better** 21:2

**bit** 9:14,16
**blood** 25:14
**bounce** 16:24
**Box** 2:9
**breaks** 14:4,7,9,10 14:14 15:3
**BRESSLER** 2:8,11 5:7 7:4,7 8:20 9:3 10:19 11:19,24 12:5,8 16:16 17:17 19:13,16 20:17 21:4,9,15 21:17
**bring** 9:7 18:12
**brother** 4:21 5:15 7:19 13:7 17:13 17:25 18:5 19:25 20:3

**C**

**C** 2:2 22:2 25:2,2
**case** 1:7 19:9 24:2
**cash** 20:12
**cashiers** 16:10,11
**cause** 8:15
**certain** 20:10
**certification** 3:7
**certify** 22:8 25:6,13
**circumstances** 21:5
**Civil** 1:20
**close** 8:7 16:15,18 16:19
**code** 7:22 8:22
**coffee** 8:16
**come** 6:23 20:10
**complete** 22:11
**Continuing** 12:20
**conversations** 14:3 19:8
**correct** 22:13
**CORRECTIONS** 24:6
**counsel** 3:7
**COUNTY** 22:6
**Court** 1:2,21 3:17
**Cove** 2:5
**covered** 14:10
**credibility** 19:18
**credible** 19:12,22

19:25 20:4
**customer** 16:2,2

**D**

**D** 4:2 22:2
**D'Onofrio** 1:9,9,18 2:14 4:1,11 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:8,16 23:4 24:4
**D/b/a** 1:8 24:3
**daily** 17:11
**Date** 24:4,22
**day** 11:5,5,18 15:4 15:7,9,18,21 22:19 24:23 25:19
**day-to-day** 9:12
**days** 7:24 8:4 9:13 9:23 10:2,7,16,21 10:24 12:12 13:22 13:25
**Defendants** 1:10,18 2:9
**defined** 11:20
**definitely** 7:20
**DENNIS** 1:9 2:14
**Depending** 13:15
**Depends** 11:5
**Deponent** 24:4
**deposition** 22:10 24:4
**describe** 6:17,19
**determined** 17:14
**different** 6:2
**Dillatoro** 1:4 24:3
**discovery** 20:23
**discussed** 13:24
**discussion** 18:3
**disengage** 8:18 20:10
**disengaging** 20:6
**dishwasher** 6:23
**DISTRICT** 1:2,2
**Donna** 1:22 25:4,22
**drawer** 20:11,13
**duly** 4:3 25:8

**E**

**E** 2:2,2 22:2,2 25:2 25:2
**earlier** 12:22
**EASTERN** 1:2
**effect** 3:16
**either** 18:10 25:14
**employee** 6:18,20 7:11 17:24
**employees** 10:17,25 11:13,17 12:13 13:13 14:6,17 15:2 16:3 18:4,9 19:8
**employment** 7:2 18:22
**entire** 6:15
**ERIC** 2:11
**ERRATA** 24:2
**ESQ** 2:6,11
**et** 24:3
**evaluated** 17:20,22
**everybody** 10:13 12:16
**Everyday** 15:12
**exact** 7:14
**exam** 11:21
**examination** 1:17 3:8,15 4:7 23:3
**examined** 4:5
**expected** 13:13,17

**F**

**F** 4:2 25:2
**fact** 19:14
**fair** 6:13 10:14 12:13 13:11 17:8
**family** 9:8
**FEDERAL** 3:3
**file** 20:20,22
**filing** 3:8
**fire** 7:20
**fired** 7:17,18 18:16
**firing** 18:18
**FIRM** 2:4
**first** 4:3
**five** 13:25
**follows** 4:6
**force** 3:16

**form** 3:11 10:20 16:17 17:18
**forth** 25:8
**four** 8:3 12:10 13:25
**Francisco** 1:4 24:2
**front** 16:20,25 17:2 17:4
**full** 4:9
**further** 3:10,14 20:16,18 25:13

**G**

**G** 22:2
**GEASA** 2:8
**give** 19:17
**given** 22:13 25:11
**Glen** 2:5
**go** 6:24 14:11 18:14
**going** 13:10 20:19
**gonna** 20:21
**Good** 4:15,16
**Griffing** 1:14 24:5
**guess** 17:23
**Gum** 4:13
**guy** 7:12
**guy's** 18:2

**H**

**H** 4:2
**half** 10:4 14:18,21 15:8
**hand** 25:19
**happened** 18:8
**hard-working** 7:12
**held** 1:21
**hereinbefore** 25:8
**hereto** 3:6
**hereunto** 25:18
**hire** 5:16
**hired** 5:14
**home** 6:24
**hour** 10:4 14:18,22 15:8
**house** 8:11 17:4,6

**I**

**idea** 7:16 16:13
**INDEX** 23:2
**input** 17:24

interest 18:20,25
interested 25:16

**J**

J 2:6,11
job 16:24

**K**

K 22:2
kids 9:7
kitchen 15:3 16:21
    16:25,25
know 6:23 7:12,17
    9:13 11:3 12:2
    14:11 15:9 17:23
    17:24,25 18:14
    19:19
knowing 15:2
knowledge 14:17
    14:20,24

**L**

L 1:22 4:2 22:2
    25:4,22
Lane 4:13
late 9:14,16,25
    10:11,17,21,25
    12:12,15,20
Law 1:20 2:4
lawsuit 7:2
leave 8:11
letter 20:22
line 18:12
little 9:14,16
live 8:5
LN 24:7
lunch 14:22 15:8
    15:14,18,21
lunches 14:18

**M**

M 22:2
Main 2:9
making 12:20
manager 5:11 6:11
    13:8,20,23 14:25
    15:23 16:9 20:8
managers 6:8,10,14
marriage 25:14
matter 25:17

Mattituck 2:10
meals 14:3
mean 9:3,5,13 13:3
    16:17,24 17:23
Miller 4:13 8:6,7
minimum 11:12,16
    12:10
minutes 8:9
mix 16:24
Mm-hmm 8:19
money 16:4
morning 8:25
Moser 2:4,6 4:8,15
    4:18,19 7:6,9
    11:15,22 12:9
    15:6 19:18 20:15
    20:19 21:8,13,16
    23:4
motion 20:22

**N**

N 2:2 4:2 22:2,2
name 4:10,18 24:2
names 20:24
needed 14:11
New 1:2,15,23 2:5
    2:10 4:4,14 22:4
    22:22 25:5
normal 20:9
Normally 6:9
Notary 1:22 3:16
    4:4 22:22 24:25
    25:4
note 15:4
NOTED 21:18
number 11:12,16
NY 24:5

**O**

O 4:2,2,2 22:2
o'clock 8:12 9:19
    9:23 12:21 13:5
    15:16,16
oath 22:10
Object 10:19 16:16
Objection 17:17
    19:13
objections 3:11
October 7:25
Okay 5:14 7:21

9:25 10:6,11
    12:19 14:2,13
    15:13 16:11 18:4
    19:24 21:8,13,15
    21:16
open 13:11
opening 7:25
operations 15:25
opinion 19:11,17
    19:21,23,24
opinions 19:20
opposed 16:20
Order 1:21
outcome 25:17
ovens 20:10
oversaw 15:25
oversee 15:25
overseeing 15:2
ownership 18:20
    18:25 20:24

**P**

P 2:2,2 4:1,2,2 5:1
    6:1 7:1 8:1 9:1
    10:1 11:1 12:1
    13:1 14:1 15:1
    16:1 17:1 18:1
    19:1 20:1 21:1
    23:4
P.C 2:4,8
p.m 1:13 13:18
    21:18
P.O 2:9
PAGE 23:3
particular 10:2
    13:23 15:5
parties 3:6 25:15
percent 17:3,5
percentage 16:14
    20:24
performance 7:5
    7:10 17:15,20,22
performing 18:2,2
    18:6
period 5:5 6:6
    11:20,23 12:2
    13:23
personal 14:16,20
    14:24

PG 24:7
Philip 1:9,17 4:11
    22:8,16 24:4
pizzeria 1:9 5:8,9
    5:10,19,22,25 6:7
    6:14 8:8,11,14,17
    11:17 17:16,21
    18:5,21,25 19:9
    20:8 24:3
place 1:22 4:13 8:6
    8:7 24:5
Plaintiffs 1:5,19 2:4
please 4:9 19:18
point 21:7,12
position 5:10,12
Practice 1:20
prep 6:22
PRESENT 2:12
prevented 8:25
prior 11:21
probably 15:15
    16:23
problems 16:2
Public 1:23 3:16
    4:4 22:22 24:25
    25:4
pursuant 1:19
put 20:11,13
putting 8:22

**Q**

qualified 5:13
question 3:12 17:19
questions 20:16

**R**

R 2:2 4:2 25:2
read 22:9 24:7
READS 24:7
really 17:23
reason 5:2 24:7
recall 9:25 15:17,20
record 4:10 22:12
    22:13 25:11
records 13:9
register 16:5,8,10
    16:15,18 20:12
related 25:13
relations 16:2
relevant 11:20,23

21:6
remember 6:11 7:3
    7:14 11:23 13:2
    14:5 15:7
report 17:25
reserved 3:12
reside 4:12
resigned 6:4
resolving 21:2
respective 3:7
responsibilities
    8:24 9:8,11
responsible 12:16
    16:4
restaurant 1:8 7:25
    10:7,18 11:2,14
    13:10,19 19:4,9
    24:3
returned 15:21
Ridge 1:8 24:3
right 7:2 12:8,25
    17:7
Ritzmann 1:22
    25:4,22
Riverhead 1:15
    24:5
Road 2:9
Rodriguez 1:4 24:2
routine 20:9
Rules 1:20
run 9:14,15

**S**

S 2:2
saying 13:2
School 2:5
sealing 3:8
see 14:6
seldom 9:17,20
separate 18:14
separately 20:20,22
September 1:13
    9:22 22:10 24:4
    25:19
set 25:8,18
shareholders 20:25
SHEET 24:2
shift 13:15
show 13:10 20:12

**Signature** 24:22
**signed** 3:15,17
  22:18
**six** 8:3,9
**somebody** 13:5
  14:11
**speak** 17:4 19:4
**specific** 15:7,9,17
  15:18,20,21
**spend** 16:15 17:3
**ss** 22:5
**staff** 15:3
**stand** 6:25
**standards** 18:6
**state** 1:23 4:4,9
  22:4,22 25:5
**STATES** 1:2
**stay** 20:21
**Steven** 2:6 4:19
**STIPULATED** 3:5
  3:10,14
**STIPULATIONS**
  3:3
**stop** 5:21,24 7:13
  7:15 8:16
**stopped** 19:3
**straighten** 18:11
**Street** 2:5
**subscribed** 22:18
  24:23
**Suite** 2:5
**supercede** 17:13
**supervised** 17:10
**sure** 13:5,6
**Sweet** 4:13
**sworn** 3:17 4:3
  24:23 25:8

**T**

**T** 22:2 25:2,2
**take** 15:4
**taken** 1:18 22:9
**talk** 18:10,11
**talking** 7:5,8,10
  12:3
**testified** 4:5
**testify** 5:3 10:20
**testimony** 1:20
  4:20,23 12:11

22:9,12 23:2 25:7
  25:11
**Thank** 12:9 20:16
  21:13,17
**think** 13:24 20:25
  21:5,6,9,11
**three** 2:5 5:23
  11:10 12:10
**time** 1:21 3:12 5:5
  6:6,15 7:19 8:10
  8:13 13:8,13,16
  13:23 15:13,17,20
  16:12,14 17:4,5
  18:21,24 21:18
**times** 9:15,18 12:24
**today** 5:3,19
**told** 18:5
**track** 14:9,13
**transcript** 22:9,11
  24:2 25:10
**trial** 1:17 3:13
**true** 22:11,13 25:10
**truthful** 4:24
**truthfully** 5:3
**try** 18:11,12
**turn** 20:10
**twice** 9:24
**two** 6:9,10 10:16,21
  10:24 11:8 12:11
  12:23
**typical** 6:22 9:12
**typically** 8:10,13
  15:23

**U**

**um** 20:11
**understand** 17:18
**UNITED** 1:2
**use** 16:7,10
**usual** 18:3
**usually** 8:15

**V**

**V** 24:3
**Villatoro** 5:6 6:7,15
  6:17 10:7 12:6
  13:16 14:3,21
  15:8 16:12 17:10
  19:3,12
**Villatoro's** 17:14

18:21

**W**

**W** 22:2
**waiting** 10:8
**waived** 3:9
**want** 20:21
**wasn't** 18:3
**way** 21:2 25:16
**ways** 6:3 18:15
**we're** 7:9
**week** 7:24 11:6,6,7
  13:22
**went** 6:2
**whatnot** 14:12
**WHEREOF** 25:18
**WICKHAM** 2:8
**Withdrawn** 11:15
  15:6
**witness** 4:2,16 12:4
  12:7 19:14 23:3
  25:18
**witness(es)** 25:7,12
**work** 6:24 9:2,10
  13:14,17 18:13
**worked** 5:6 6:7,15
  15:12 16:12
**worker** 6:22
**working** 5:18,21,24
  7:13,15 10:17,25
  11:13,17 12:6
  17:15,21 19:4
**wouldn't** 13:3
**writing** 14:14

**X**

**X** 1:3,11

**Y**

**yeah** 6:5 7:9,23
  9:14 10:5 11:9
  14:19 16:22,22
  17:9
**years** 5:23
**York** 1:2,15,23 2:5
  2:10 4:5,14 22:4
  22:22 25:5

**Z**

**0**

**1**

**1:00** 15:16
**1:31** 1:13
**1:47** 21:18
**10:00** 9:19,23 12:17
  12:21,23 13:4,11
  13:18
**11542** 2:5
**11764** 4:14
**11952** 2:10
**13015** 2:9
**1424** 2:9
**16** 1:13 22:10 24:4
**16-cv-00254** 1:7
**193** 1:14 24:5

**2**

**2001** 5:17
**2014** 6:12 7:25 9:22
**2015** 8:2 9:22
**2019** 1:13 22:11,19
  24:4,23 25:19
**207B** 2:5
**24th** 25:19

**3**

**31** 1:19

**4**

**4** 23:4
**4:00** 15:16

**5**

**50** 17:3,5
**50/50** 16:24

**6**

**65** 4:13

**7**

**8**

**9**

**9:00** 8:12
**9:30** 8:15 9:2