LAW OFFICES
## WICKHAM, BRESSLER & GEASA, P.C.

13015 MAIN ROAD, P.O. BOX 1424
MATTITUCK, LONG ISLAND
NEW YORK 11952

WILLIAM WICKHAM (06-02)

ERIC J. BRESSLER
ABIGAIL A. WICKHAM
JANET GEASA

631-298-8353
TELEFAX NO. 631-298-8565
ebressler@wbglawyers.com

December 29, 2020

VIA CM/ECF

Honorable Denis R. Hurley
United States District Court
Eastern Division of New York
100 Federal Plaza
Central Islip, New York 11722

**Re: Francisco Rodriguez and Aristides Alfredo Dillatoro v. Ridge Restaurant, Inc. d/b/a Alfredo's Pizzeria, Dennis D'Onofrio, and Philip D'Onofrio
Case No. 2:16-cv-00254-DRH-AKT**

Dear Judge Hurley:

We are the attorneys for Defendants and write regarding the Court's Memorandum & Order determining the parties' motions for dismissal and summary judgment (Doc. 68) and Docket Text relating thereto. It appears that the Memorandum & Order and the |Docket Text inadvertently identified Philip D'Onofrio as being individually liable for any potential violations by the corporate defendant. A reading of the Memorandum & Order reveals that the Court intended to impose such potential liability on Dennis D'Onofrio as the Court found that he satisfied the requirements therefor and it dismissed the complaint as against Philip D'Onofrio. Accordingly, we respectfully ask that the Court take such actions as it deems appropriate.

Thank you for your attention to this matter.

Very truly yours,

Eric J. Bressler

*EJB/cs*
*cc – Steven J. Moser, Esq.*