| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ORDER** |

BEFORE: A. KATHLEEN TOMLINSON  DATE: 6-29-2020
U.S. MAGISTRATE JUDGE  TIME: 1:30 p.m. (11 minutes)

*Rodriguez, et al. v. Ridge Pizza Inc., et al.*
**CV 16-254 (DRH) (AKT)**

TYPE OF CONFERENCE:  **PRE-TRIAL CONFERENCE (by telephone)**

APPEARANCES:  Plaintiffs:  Steven J. Moser

Defendants:  Eric J. Bressler

FTR: 1:35 – 1:46

THE FOLLOWING RULINGS WERE MADE:

1. I spent some time reviewing with counsel the proposed Joint Pre-Trial Order which was filed in advance of today's conference. There are some modifications which need to be made to the proposed Order to bring it into full compliance with Judge Hurley's Individual Rules.

2. Counsel will go back and list separately the witnesses being called by the Plaintiffs and those being called by the Defendants.

3. With respect to Section IX regarding deposition transcripts which may be used at trial, it appears that all of the witnesses in this case are scheduled to appear in person. Therefore, there is no need to submit deposition transcripts, particularly since counsel have indicated that they are actually seeking to preserve their rights to introduce prior deposition testimony for impeachment or rebuttal purposes. Counsel will revise the document to include this language.

4. Judge Hurley's Rules require that exhibits be listed by party and that any objections to an exhibit be specified, along with the basis for the objection (i.e., citing the applicable FRE and identifying "hearsay," "relevance," "authenticity," etc.). Counsel were reminded that any objections not raised in the JPTO are deemed waived for trial purposes.

5. The parties did not include the estimated number of days for trial and need to incorporate that information.

6. Counsel will file their Amended Joint Pre-Trial Order by August 31, 2020.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge