

**Steven J. Moser**
Direct: 631.759.4054 (voice, text & fax)
steven.moser@moserlawfirm.com

June 25, 2021

Denis R. Hurley, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   *Rodriguez et al v. Ridge Pizza Inc. et al,* 16-cv-00254-DRH-AKT
      <u>Amended Briefing Schedule: Motion for Attorneys' Fees and Costs</u>

Dear Judge Hurley:

    On May 26, 2021 the Court so-ordered a briefing schedule regarding counsel's motion for attorneys' fees and costs.  With the consent of the Defendants, Plaintiff requests that the briefing schedule be amended as follows:

|              | Original Date | New Date  |
|--------------|---------------|-----------|
| Motion       | 6/25/2021     | 7/23/2021 |
| Response     | 7/23/2021     | 8/20/2021 |
| Reply, if any| 8/13/2021     | 9/10/2021 |

    Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        *Steven J. Moser*
                                        Steven J. Moser