

**Steven J. Moser**
Direct:  631-824-0200
smoser@moseremploymentlaw.com

July 21, 2021

Denis R. Hurley, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Rodriguez et al v. Ridge Pizza Inc. et al,* 16-cv-00254-DRH-AKT
<u>Amended Briefing Schedule: Motion for Attorneys' Fees and Costs</u>

Dear Judge Hurley:

On May 26, 2021 the Court so-ordered a briefing schedule regarding counsel's motion for attorneys' fees and costs.  The Court granted the Plaintiff's consent motion to amend the briefing schedule on June 25, 2021.   Plaintiff requests that the briefing schedule be amended one final time as follows:

|  | Current Date | New Date |
|---|---|---|
| Motion | 7/23/2021 | 8/20/2021 |
| Response | 8/20/2021 | 9/20/2021 |
| Reply, if any | 9/10/2021 | 9/30/2021 |

Defendant's counsel has consented to this request, subject to the Court's permission. Thank you for your consideration of this request.

Respectfully submitted,

*Steven J. Moser*
Steven J. Moser