

**MOSER LAW FIRM, P.C.**

**Steven J. Moser**
Direct: 631-824-0200
smoser@moseremploymentlaw.com

August 23, 2021

Denis R. Hurley, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  *Rodriguez et al v. Ridge Pizza Inc. et al,* 16-cv-00254-DRH-AKT
     <u>Amended Briefing Schedule: Motion for Attorneys' Fees and Costs</u>

Dear Judge Hurley:

On July 22, 2021 the Court granted a consent motion (ECF No. 76) to further extend the briefing schedule. Due to an administrative error, the motion was not properly calendared by my office. Plaintiff requests that the briefing schedule be amended as follows:

|              | Current Date | New Date  |
|--------------|--------------|-----------|
| Motion       | 8/20/2021    | 8/27/2021 |
| Response     | 9/20/2021    | 9/27/2021 |
| Reply, if any| 9/30/2021    | 10/7/2021 |

Defendant's counsel has graciously consented to this request, subject to the Court's permission. Thank you for your consideration of this request.

Respectfully submitted,

*Steven J. Moser*
Steven J. Moser