LAW OFFICES<br>
**WICKHAM, BRESSLER & GEASA, P.C.**<br>
13015 MAIN ROAD, P.O. BOX 1424<br>
MATTITUCK, LONG ISLAND<br>
NEW YORK   11952<br>

631-298-8353<br>
TELEFAX NO. 631-298-8565<br>
ebressler@wbglawyers.com

ERIC J. BRESSLER
ABIGAIL A. WICKHAM
JANET GEASA

WILLIAM WICKHAM (06-02)

September 23, 2021

VIA CM/ECF

Honorable Denis R. Hurley
United States District Court
Eastern Division of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:  **Francisco Rodriguez et al. v. Ridge Restaurant, Inc.**
           **d/b/a Alfredo's Pizzeria, Dennis Donofrio, and Philip Donofrio**
           **Eastern District Case No. 2:16-cv-00254-DRH-AKT**

Dear Judge Hurley:

   We are the attorneys for Defendants and write regarding the Order dated August 24, 2021 granting Plaintiff's request for a revised briefing schedule in this matter. Pursuant to the revised briefing schedule, Plaintiff filed their motion on August 27, 2021. Due to extenuating circumstances, Defendant now requests a two-week extension of its response due September 27, 2021 to October 7, 2021, and a reply, if any, currently due October 7, 2021, be extended to October 26, 2021. No prior requests have been made by Defendants. Prior requests by Plaintiffs were granted.

   Plaintiff's counsel has consented to this request, subject to the Court's approval.

   Thank you for your consideration of this request.

Very truly yours,<br>
<br>
Eric J. Bressler

*EJB/cs*
*cc – Steven J. Moser, Esq.*