LAW OFFICES
**WICKHAM, BRESSLER & GEASA, P.C.**
13015 MAIN ROAD, P.O. BOX 1424
MATTITUCK, LONG ISLAND
NEW YORK   11952

WILLIAM WICKHAM (06-02)

ERIC J. BRESSLER
ABIGAIL A. WICKHAM
JANET GEASA

631-298-8353
TELEFAX NO. 631-298-8565
ebressler@wbglawyers.com

October 4, 2021

VIA CM/ECF

Honorable Denis R. Hurley
United States District Court
Eastern Division of New York
100 Federal Plaza
Central Islip, New York 11722

Re: **Francisco Rodriguez et al. v. Ridge Restaurant, Inc.
    d/b/a Alfredo's Pizzeria, Dennis Donofrio, and Philip Donofrio
    Eastern District Case No. 2:16-cv-00254-DRH-AKT**

Dear Judge Hurley:

We are the attorneys for Defendants and write to request an amendment of the Court's Order dated September 24, 2021 which granted Defendants' request for a revised briefing schedule in this matter. We have noted a typographical error in computation of the requested two-week extension of Defendants' response from September 27, 2021. The two-week extension, consented to by Plaintiff's counsel, is to October 12, 2021, not October 7, 2021, as inadvertently stated in our request, and granted by the Court on September 24, 2021. Plaintiff's reply, if any, remains due October 26, 2021.

Thank you for your consideration of our request to amend your Honor's Order of September 24, 2021 to provide for a due date for Defendants' opposition of October 12, 2021. We apologize for any inconvenience to the Court.

Very truly yours,

Eric J. Bressler

*EJB/cs*
cc – Steven J. Moser, Esq.