

MOSER LAW FIRM, PC

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

April 5, 2022

**VIA ECF**

Hon. Denis R. Hurley, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11717

      Re:     *Villatoro v. Ridge Restaurant, Inc., et al.,* 16-cv-00254(DRH)(ARL)

Dear Judge Hurley:

The Plaintiff's claims for compensatory damages in the above referenced matter were settled with the Court's approval on May 26, 2021 for the sum of $7,000.00.  Pursuant to that agreement, the Plaintiff filed a separate motion for attorneys' fees and costs, which was referred to Magistrate Judge Lindsay for a report and recommendation.

As of the date of this letter, payment has not yet been made to the Plaintiff.  We respectfully request that Defendants be directed to pay the agreed upon compensatory damages to the Plaintiff within 14 days.

      Very truly yours,

      *Steven J. Moser*

      Steven J. Moser

CC:    All counsel of record via ECF