UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTIDES ALFREDO VILLATORO<br><br>Plaintiff,<br><br>- against -<br><br>RIDGE RESTAURANT, INC. d/b/a ALFREDO'S PIZZERIA, and DENNIS D'ONOFRIO,<br><br>Defendants. | 16-cv-00254<br><br>Hon. Denis R. Hurley, USDJ |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Aristides Alfredo Villatoro s/h/a Aristides Alfredo Villatoro hereby respectfully appeals to the United States Court of Appeals for the Second Circuit from the Docket Order entered on June 23, 2022 Adopting the Report and Recommendation dated May 25, 2022 under Docket No. 86.

Dated: Huntington, New York
June 27, 2022

Respectfully Submitted,
Moser Law Firm, P.C.

By: Steven John Moser
5 E. Main Street
Huntington, NY 11743
Phone: (516) 671-1150
steven.moser@moserlawfirm.com
*Attorneys for Plaintiff*

TO: The Clerk and All Counsel of Record, Via ECF