FILED
CLERK

4:45 pm, Jun 27,2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ARISTIDES ALFREDO DILLATORO and
FRANCISCO RODRIGUEZ,

                          Plaintiffs,

  - against -                              **JUDGMENT**
                                                CV 16-254 (DRH) (ARL)

DENNIS D'ONOFRIO, RODGE RESTAURANT,
INC. *doing business as Alfredo's Pizza* and
PHILIP D'ONOFRIO,

                          Defendants.
-------------------------------------------------------------X

       An Order of Honorable Denis R. Hurley, United States District Judge, having been filed on June 23, 2022; adopting the May 25, 2022 Report and Recommendation of United States Magistrate Judge Arlene R. Lindsay; granting Plaintiff Aristides Alfredo Dillatoro's motion for attorneys fees and costs as follows: $27,588.75 in attorneys' fees and $1,742.27 in costs for a total of $29,331.02; and directing the Clerk of Court to enter judgment in favor of plaintiffs' attorneys, the Moser Law Firm, P.C., it is

       **ORDERED AND ADJUDGED** that Plaintiff Aristides Alfredo Dillatoro's motion for attorneys fees and costs is granted; that the Moser Law Firm, P.C. is awarded a judgment in the total amount of $29,331.02 for attorneys fees and costs against Defendants Ridge Restaurant and Dennis D'Onofrio.

Dated: June 27, 2022
       Central Islip, New York

                                                        BRENNA B. MAHONEY
                                                        CLERK OF THE COURT
                                          By:   /s/ Mary Ellen Kirchner
                                                        Deputy Clerk