MANDATE

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of November, two thousand twenty-two,

_____

Aristides Alfredo Dillatoro,

    Plaintiff – Appellant,

Francisco Rodriguez,

    Plaintiff,

v.

Dennis D'Onofrio, Ridge Restaurant, Inc., DBA Alfredo's Pizzeria,

    Defendants - Appellees,

Philip D'Onofrio, Velia D'Onofrio,

    Defendants.
_____

**ORDER**
Docket No. 22-1371

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/07/2022