UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTIDES ALFREDO VILLATORO<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　　　- against -<br><br>RIDGE RESTAURANT, INC. d/b/a ALFREDO'S PIZZERIA, and DENNIS D'ONOFRIO,<br><br>　　　　　　　　　　　　　　Defendants. | **PARTIAL SATISFACTION OF JUDGMENT**<br><br>16-cv-00254 |

**WHEREAS**, an Amended Judgment was entered by the Clerk of the Court in the above entitled action on December 20, 2022 in favor of the Moser Law Firm, P.C. and against Defendants Ridge Restaurant, Inc. and Dennis D'Onofrio in the sum of $29,331.02, which judgment states that if any amounts remain unpaid upon the expiration of ninety days following issuance of the Amended Judgment, the total amount thereof shall automatically increase by 15%; and

**WHEREAS,** said judgment automatically increased by 15% on March 20, 2023 in the amount of $4,399.65 to $33,730.67; and

**WHEREAS** the Defendants paid the sum of the sum of $29,331.02 on March 29, 2023; and

**WHEREAS** per-diem interest accrued on a daily basis in the amount of $3.73 on the original amount of the judgment ($29,331.02), for every day on which the judgment was not satisfied for the period from December 20, 2023 until March 29, 2023; and

**WHEREAS** per-diem interest continues to accrue on a daily basis in the amount of $0.56 for every day after March 20, 2023 on the amount of the increase in the judgment ($4,399.65); and

**WHEREAS** it is certified that there are no outstanding executions with any Sheriff or Marshal within the State of New York;

**THEREFORE,** *partial satisfaction* of said judgment is hereby acknowledged, and the Clerk is hereby authorized and directed to make an entry of a ***partial satisfaction*** on the docket of said judgment in the amount of $29,331.02.

Dated: Huntington, New York
October 23, 2023

MOSER LAW FIRM, P.C.

*Steven John Moser*

By: Steven John Moser (SM1133)
5 East Main Street
Huntington, NY  11743
(516) 671-1150
steven.moser@moserlawfirm.com

ii