UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ARISTIDES ALFREDO VILLATORO

         Plaintiff,

- against -

RIDGE RESTAURANT, INC. d/b/a ALFREDO'S PIZZERIA, and DENNIS D'ONOFRIO,

         Defendants.

Civil Case No.: 16-cv-00254(JS)

**PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendants that the Plaintiff's claims for compensatory damages, which were settled between the parties at a Court Conference on May 26, 2021, are hereby dismissed with prejudice.  This stipulation does not affect the amended judgment for attorneys' fees and costs entered on December 20, 2022.

Dated:  October 23, 2023

**Moser Law Firm, P.C**
5 E. Main Street
P.O. Box 710
Huntington, New York 11743
(516) 671-1150
steven.moser@moserlawfirm.com

By: /s/ Steven J. Moser, Esq.
  Steven J. Moser, Esq.

*Attorneys for Plaintiff*

Dated: October 23, 2023

Wickham, Bressler & Geasa, P.C.
13015 Main Road
P.O. Box 1424
Mattituck, New York 11952
631 298-8353 631 298-8565 (Fax)
ebressler@wbglawyers.com

By: /s/ Eric Bressler, Esq.  .
  Eric Bressler, Esq.

*Attorneys for the Defendants*