UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTIDES ALFREDO VILLATORO<br><br>                                  Plaintiff,<br><br>- against -<br><br>RIDGE RESTAURANT, INC. d/b/a ALFREDO'S PIZZERIA, and DENNIS D'ONOFRIO,<br><br>                                  Defendants. | Civil Case No.: 16-cv-00254(JS)<br><br>**PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendants that the Plaintiff's claims for compensatory damages, which were settled between the parties at a Court Conference on May 26, 2021, are hereby dismissed with prejudice. This stipulation does not affect the amended judgment for attorneys' fees and costs entered on December 20, 2022.

Dated:  October 23, 2023

**Moser Law Firm, P.C**
5 E. Main Street
P.O. Box 710
Huntington, New York 11743
(516) 671-1150
steven.moser@moserlawfirm.com

By: /s/ Steven J. Moser, Esq.
     Steven J. Moser, Esq.

*Attorneys for Plaintiff*

Dated: October 23, 2023

Wickham, Bressler & Geasa, P.C.
13015 Main Road
P.O. Box 1424
Mattituck, New York 11952
631 298-8353 631 298-8565 (Fax)
ebressler@wbglawyers.com

By: /s/ Eric Bressler, Esq.         .
     Eric Bressler, Esq.

*Attorneys for the Defendants*

```
The Clerk of Court is directed to CLOSE this case. So ORDERED on
this 27th day of October 2023 at Central Islip, New York.


                                    /s/ JOANNA SEYBERT
                            Hon. Joanna Seybert, U.S.D.J.
```